NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

HILLTOP–VAN AND STORAGE COMPANY, Respondent.

No. 71–1830.

United States Court of Appeals, Sixth Circuit.

Dec. 7, 1971.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., John C. Getreu, Director, Region 9, N. L. R. B., Cincinnati, Ohio, for petitioner.

Before WEICK, PECK and MILLER, Circuit Judges.

ORDER.

This matter is before the Court on the motion by the National Labor Relations Board for judgment by default. It appearing that the motion is well taken and that the respondent has failed to file an answer to the petition for enforcement, filed October 6, 1971, within 20 days as required by Rule 15(b) for the Federal Rules of Appellate Procedure.

It is therefore ordered that the Board's motion for judgment by default be and it hereby is granted. The order of the National Labor Relations Board in this matter will be enforced.

Ralph E. SCHUMAKER and Janet A. Schumaker, Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 71–1325.

United States Court of Appeals, Sixth Circuit.

Dec. 14, 1971.

Ralph E. Schumaker, in pro. per.

Charles E. Anderson, Tax Division, Department of Justice, Washington, D. C., Fred B. Ugast, Acting Asst. Atty. Gen., Meyer Rothwacks, Elmer J. Kelsey, Attys., Tax Division, Department of Justice, Washington, D. C., on brief, for appellee.

Before PHILLIPS, Chief Judge, and McCREE and MILLER, Circuit Judges.

ORDER.

This is an appeal from the decision of the Tax Court of the United States filed on October 5, 1970, (Docket No. 5666–69 S.C.) disallowing a portion of the taxpayers' (Ralph E. Schumaker and Janet A. Schumaker) claimed deductions for the tax year 1967 for depreciation of an office addition to his house, automobile mileage, charitable contributions and depreciation on certain rental properties in its entirety. These disallowances resulted in a deficiency in the income tax of the taxpayers for the year in question in the amount of $111.00. Basically, as reflected by the Tax Court's findings and opinion, its conclusions are predicated upon the failure of the taxpayers to substantiate the claimed deductions.

After careful consideration of the record, we are of the opinion that the decision of the Tax Court should be affirmed on the basis of its opinion and findings of fact filed on October 5, 1970, and it is so ordered.